**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CATHERINE M. DUSMAN, | : No. 90 MAL 2015 |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| THE BOARD OF DIRECTORS OF THE | : |
| CHAMBERSBURG AREA SCHOOL | : |
| DISTRICT AND THE CHAMBERSBURG | : |
| AREA SCHOOL DISTRICT, | : |
| | : |
| Petitioners | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.